**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**August 4, 2015**

Mr. John C. Collins, II
Collins Law Firm
1122 West Capitol Avenue
Little Rock, AR 72206

    Re: *United States v. Sedrick Reed*, 4:13-CR-00221-BRW

Dear Mr. Collins:

Attached is a letter that I received from your client Mr. Reed.

                                            Cordially,

                                            /s/ Billy Roy Wilson

Original to the Clerk of the Court