# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**          **4:13-CR-00221-01-BRW**

**SEDRICK REED**

## ORDER

Defendant's Rule 60 (b)(6) Motion for Relief from Judgment (Doc. No. 132) is DENIED.

IT IS SO ORDERED this 23rd day of November, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE